**STATE of Missouri, Respondent,**

v.

**Richard D. WILSON, Appellant.**

**No. WD 37575.**

Missouri Court of Appeals, Western District.

April 7, 1987.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 2, 1987.

Application to Transfer Denied July 14, 1987.

Sean D. O'Brien, Public Defender, Patrick J. Berrigan, Asst. Public Defender, Public Defender Office, Kansas City, for appellant.

William L. Webster, Atty. Gen., Terry C. Allen, Deputy Atty. Gen., Jefferson City, for respondent.

Before KENNEDY, P.J., and LOWENSTEIN and GAITAN, JJ.

### ORDER

PER CURIAM.

Appeal from conviction after jury trial of Sexual Assault in the First Degree, § 566.040 RSMo 1979, sentence of seven (7) years imprisonment.

Judgment affirmed. Rule 30.25(b).